FILED APR 26 2005
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ Deputy Clerk

ENTERED APR 27 2005
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>MICHAEL R. BABUDAR,<br><br>Debtor. | Case No. SA 04-12095 RA<br>Adv No. SA 05-01027 RA<br><br>Chapter 7<br><br>ORDER DISMISSING ADVERSARY PROCEEDING FOR LACK OF PROSECUTION [LOCAL BANKRUPTCY RULE 7016-1(g)] |
| CHARLES W. DAFF, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>CARLA A. BABUDAR,<br><br>Defendant. | April 22, 2005<br>10:30 a.m.<br>Courtroom 6C |

No appearances were made at the status conference hearing on the date and time set forth above.

//

//



1 | The adversary proceeding is therefore dismissed, without prejudice, pursuant to Local
2 | Bankruptcy Rule 7016-1(g).

3
4 | Dated: 4/26/05
5
6 | ROBERT W. ALBERTS
    Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## Central District of California - Santa Ana
### 411 West Fourth St., Ste. # 2074, Santa Ana, CA 92701-4593

| In re: | Case No.: SA 04-12095 RA |
| --- | --- |
| MICHAEL R. BABUBAR, | Adv No.: SA 05-01027 RA |
| Debtor(s) | |

**NOTICE OF ENTRY OF JUDGMENT OR ORDER AND CERTIFICATE OF MAILING**

TO:

U.S. TRUSTEE
411 W. FOURTH STREET, SUITE 9041
SANTA ANA, CA 92701-8000

CHARLES W. DAFF
2122 N. BROADWAY, SUITE 210
SANTA ANA, CA 92706

MICHAEL BABUDAR
970 BAJA STREET
LAGUNA BEACH, CA 92651

CARLA A. BABUDAR
970 BAJA STREET
LAGUNA BEACH, CA 92651

BENJAMIN R. LEVINSON
577 SALMAR AVE #125
CAMPBELL, CA 95008

JED SONSTROEM
WASHINGTON MUTUAL
1201 3rd AVE MMT 1706
SEATTLE, WA 98101

I hereby certify that I mailed a copy of this notice and a true copy of the Order or Judgment to the above-named persons on ___**APR 2 7 2005**___.

Dated:  **APR 2 7 2005**            JON D. CERETTO, CLERK OF COURT

                                By   _A. McCall_
                                     Deputy Clerk